**STATE**

**STATE**

**Randall B. Keiser**
**D. Heath Trahan**
**Keiser Law Firm, P.L.C.**
**Post Office Box 12358**
**3700 Jack**

8800 0.0000 TD(ce)Tj18)1600162.0000 83Fc0 853.4n 44.7600 0.0000 TD(r La)Tjs-6.8800 0.0000 T